# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES CARL KELLY,

        Plaintiff,

    v.

HORN, *et al*.,

        Defendants.

Case No.  1:26-cv-02366-KES-BAM (PC)

ORDER DENYING MOTIONS FOR APPOINTMENT OF COUNSEL

(ECF Nos. 4, 12)

Plaintiff James Carl Kelly ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  Plaintiff initiated this action on March 16, 2026, together with a motion to proceed *in forma pauperis*.  (ECF Nos. 1, 2.)  The action was transferred to this Court on March 27, 2026.  (ECF No. 6.)

On March 31, 2026, the Court issued findings and recommendations recommending Plaintiff's motion to proceed *in forma pauperis* be denied.  (ECF No. 9.)  On April 30, 2026, the district court adopted the findings and recommendations, denied Plaintiff's motion to proceed *in forma pauperis*, and directed Plaintiff to pay the $405.00 filing fee within 30 days.  (ECF No. 13.)  Plaintiff's complaint has not yet been screened.

Currently before the Court are Plaintiff's motions for the appointment of counsel, filed on March 16, 2026, and April 29, 2026.  (ECF Nos. 4, 12.)  Plaintiff asserts that he is unable to afford counsel, his imprisonment will limit his ability to litigate, the issues in this case are complex and will require significant research and investigation, he has limited access to the law

1

library and limited knowledge of the law.  (ECF No. 4 at 1.)  Plaintiff also asserts that trial in this case will likely involve conflicting testimony and that counsel will better enable him to present and cross-examine witnesses.  (*Id.*)  He reportedly has made repeated efforts to obtain a lawyer and requests the court appoint a pro bono member of the state bar as counsel in this case.  (*Id.*)  In his second motion for appointment of counsel, Plaintiff asserts that he will be "unable to cross examine witnesses, nor call up witnesses" and he cannot stand up for his rights that he has in court or the rights he has a human being living in America.  (ECF No. 12.)

Plaintiff is reminded that the filing fee has not been paid, and he is not proceeding *in forma pauperis* in this action.  The Court is not aware of any authority that would allow the appointment of counsel for a litigant in a civil action who is not proceeding *in forma pauperis*. Even if Plaintiff were proceeding *in forma pauperis* in this action, Plaintiff does not have a constitutional right to appointed counsel in this action, *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), *rev'd in part on other grounds*, 154 F.3d 952, 954 n.1 (9th Cir. 1998), and the court cannot require an attorney to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1). *Mallard v. U.S. Dist. Court for the S. Dist. of Iowa*, 490 U.S. 296, 298 (1989).  However, in certain exceptional circumstances the court may request the voluntary assistance of counsel pursuant to section 1915(e)(1).  *Rand*, 113 F.3d at 1525.  The Court has considered Plaintiff's requests, but does not find the required exceptional circumstances.

Accordingly, Plaintiff's motions for appointment of counsel, (ECF Nos. 4, 12), are HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **May 5, 2026**          /s/ *Barbara A. McAuliffe*
                        UNITED STATES MAGISTRATE JUDGE